No. 1153, Misc. BONICAMP *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1195, Misc. GLAZIOU ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* and *Phylis Skloot Bamberger* for petitioners. *Solicitor General Griswold* for the United States.

No. 1225, Misc. BYES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1232, Misc. BROWN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1235, Misc. WHITE *v.* ARIZONA EX REL. EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1236, Misc. LINZY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1245, Misc. POSNER *v.* REISTERTOWN FEDERAL SAVINGS & LOAN ASSN. Ct. App. Md. Certiorari denied.

No. 1256, Misc. CAMPBELL *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1289, Misc. CLIFTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Martz, S. Billingsley Hill,* and *Jacques B. Gelin* for the United States.